FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUN 27 PM 3:52
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RIDING FILMS INC., )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-020
 )
DOES 1-24, )
 )
    Defendants. )
 )

# ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA